UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON LEE BRADLEY,

        Plaintiff,

  v.

SWEDISH HEALTH SERVICES d/b/a
SWEDISH MEDICAL CENTER, et al.,

        Defendants.

C22-0581 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date and extend case deadlines, docket no. 39, is GRANTED as follows:

| | | |
|---|---|---|
| **JURY TRIAL** set for | **9:00 AM on** | **January 22, 2024** |
| Discovery completed by | | September 11, 2023 |
| Dispositive Motions must be filed by and noted on the motions calendar no later than the fourth Friday thereafter (see LCR 7(d)) | | October 12, 2023 |
| Motions related to expert witnesses (e.g., Daubert motion) must be filed by noted on the motions calendar no later than the third Friday thereafter (see LCR 7(d)) | | October 19, 2023 |
| Motions in Limine due by | | November 30, 2023 |

MINUTE ORDER - 1

and noted on the motions calendar no later
than the Friday before the Pretrial Conference
(see LCR 7(d)(4))

| | |
|---|---|
| Pretrial Order due[1] by | December 15, 2023 |
| Trial Briefs to be submitted by | December 15, 2023 |
| Proposed Voir Dire/Jury Instructions due by | December 15, 2023 |
| Pretrial Conference set for **10:00 AM on** | January 12, 2024 |

(2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 22nd day of June, 2023.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

---

[1] For further details concerning the Pretrial Order and the exhibit list contained therein, refer to the Minute Order Setting Trial and Related Dates entered on June 14, 2022, docket no. 10. All terms and conditions, and all other dates and deadlines not inconsistent herewith, contained in that Minute Order shall remain in full force and effect.

MINUTE ORDER - 2