UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON LEE BRADLEY,

    Plaintiff,

v.

SWEDISH HEALTH SERVICES d/b/a SWEDISH MEDICAL CENTER, et al.,

    Defendant.

C22-0581 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant is ORDERED to submit courtesy copies of the complete transcripts, including exhibits, of any deposition of Plaintiff Jason Lee Bradley. The courtesy copies must be submitted in paper form to the Clerk's Office no later than November 13, 2023.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 8th day of November, 2023.

    Ravi Subramanian
    Clerk

    s/Laurie Cuaresma
    Deputy Clerk

MINUTE ORDER - 1